1  STEPHEN L. DAVIS (State Bar No. 149817)
   MARK R. LEONARD (State Bar No. 219186)
2  DAVIS & LEONARD, LLP
   8880 Cal Center Drive, Suite 180
3  Sacramento, California 95826
   Telephone:  (916) 362-9000
4  Fax:  (916) 362-9066
   E-mail:  sdavis@davisandleonard.com
5

6  Attorneys for Plaintiff
   Brenda Walton Studio
7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11 | BRENDA WALTON and DOUG PECKHAM,         | CASE NO. CV. S-04-0931 LKK PAN
12 | collectively dba BRENDA WALTON STUDIO,  |
   | a California Sole Proprietorship,       | **NOTICE OF SETTLEMENT AND**
13 |                                         | **STIPULATION TO DISMISS**
   |         Plaintiff,                      | **COMPLAINT AND ALL CLAIMS**
14 |                                         | **AGAINST DEFENDANT**
   |    v.                                   |
15 |                                         |
   | LONGHORN IMPORTS, INC., a Texas         |
16 | Corporation,                            |
   |                                         |
17 |         Defendant.                      |

18
   TO THE HONORABLE DISTRICT COURT JUDGE:
19
          PLEASE TAKE NOTICE that the parties, through their undersigned counsel,
20
   hereby stipulate to dismiss, pursuant to a comprehensive settlement agreement, this
21
   complaint in its entirety and all claims by the plaintiff against the defendant Longhorn
22
   Imports, Inc. with prejudice.
23
          This dismissal is without prejudice to the parties' rights to seek enforcement of or
24
   to pursue any claim arising from a breach of the settlement and release agreement between
25
   the parties.
26

27

28

                                          -1-

                              **STIPULATION TO DISMISS**

1       It is so stipulated.

2   Dated: September 1, 2005           Dated:  September 1, 2005

3   DAVIS & LEONARD LLP           MILLSTONE, PETERSON & WATTS LLP

4   _/s/Stephen L. Davis_____     __/s/Glenn Peterson_____
    Stephen L. Davis                     Glenn Peterson
5   Attorneys for Plaintiff Brenda Walton     Attorneys for Defendant
6   Studio                                       Longhorn Imports, Inc.

7

8   IT IS SO ORDERED.

9   Dated:  September 14, 2005          /s/Lawrence K. Karlton
                                                      Lawrence K. Karlton
10                                                      Senior Judge
                                                     U.S. District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO DISMISS**